IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  Christina Feckner                                           Case No: 13-57100
        262 Stewart Ave
        Columbus, OH  43206                                         Chapter 13

                                                                    Judge: CHARLES M. CALDWELL

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on September 05, 2013.
The plan was confirmed on April 10, 2014.
The Case was concluded on September 07, 2017.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     48,888.28

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 100.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| American Electric Power 00006    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Capital One Bank 00001    Secured | Not filed | 0.00 | 0.00 | 0.00 |
| Christina Feckner 00000    Debtor Refund | 0.00 | 7,000.00 | 0.00 | 0.00 |
| Christina Feckner 00000    Debtor Refund | 1,121.72 | 1,121.72 | 0.00 | 0.00 |
| CITY OF COLUMBUS 00007    Unsecured | 245.90 | 245.90 | 0.00 | 0.00 |
| Columbia Gas of Ohio Inc 00008    Unsecured | 933.27 | 933.27 | 0.00 | 0.00 |
| CR Evergreen III LLC 00009    Unsecured | 302.02 | 302.02 | 0.00 | 0.00 |
| Home Restorations & Remodeling 00003    Secured | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00005    Priority | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Jeffrey Technologies<br>00004      Secured | Not filed | 0.00 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC<br>00002      Secured-506 | 16,390.22 | 16,390.22 | 22,938.80 | 0.00 |
| Paul D. Bryson<br>00011      Additional Attorney Fees | 1,054.10 | 1,054.10 | 0.00 | 0.00 |
| SPRINT NEXTEL DISTRIBUTIONS<br>00010      Unsecured | 1,129.67 | 1,129.67 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 8,121.72 | 8,121.72 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 17,444.32 | 0.00 | 2,610.86 | 0.00 | 8,121.72 | 28,176.90 |
| PRIN PAID | 17,444.32 | 0.00 | 2,610.86 | 0.00 | 8,121.72 | 28,176.90 |
| INT PAID | 22,938.80 | 0.00 | 0.00 | 0.00 | | 22,938.80 |
| | | | | | TOTAL PAID: | 51,115.70 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| Paul D. Bryson | 0.00 | 0.00 |
| Sondra O. Bryson  (PRIOR ATTY) | 3,000.00 | 3,000.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 2,869.55 | 0.00 | 24.75 | 2,894.30 |

Dated: 09/22/2017

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: Christina Feckner
262 Stewart Ave
Columbus, OH 43206

Case No: 13-57100

Chapter 13

Judge: CHARLES M. CALDWELL

### CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History:

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released from the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account. No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C. §1302(b)(1).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH 43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  Christina Feckner                                    Case No: 13-57100
262 Stewart Ave
Columbus, OH  43206                                          Chapter 13

                                                             Judge: CHARLES M. CALDWELL

### CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2017, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Paul D. Bryson

and on the following by **ordinary U.S. Mail** addressed to:

Christina Feckner
262 Stewart Ave
Columbus, OH  43206
**See Creditor Matrix**
**All Creditors and Parties in Interest**

Paul D. Bryson
Bryson Legal, LLC
844 South Front Street
Columbus, OH  432060000

Rachel Stine
100 South Third Street
Columbus, OH  432150000

Mark A. Stine
100 S. Third Street
Columbus, OH  432150000

Karen Page
KarenPage
, 000000000

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH  430850000

Christina Feckner
262 Stewart Avenue
Columbus, OH  432060000

Weltman Weinberg & Reis
Attn: Joseph McCandlish
175 South Third St Ste 900
Columbus, OH  432150000

Sprint Nextel
Attn Bankruptcy Dept
PO Box 7949
Overland Park, KS  662070949

Joseph McCandlish
175 S Third St, Ste 900
Columbus, OH  432150000

Jeffrey Technologies
376 East Beck Street
Columbus, OH  432060000

IRS
PO BOX 7346
PHILADELPHIA, PA  191147436

Home Restorations & Remodeling
2509 Perdue Avenue
Columbus, OH  432110000

Franklin County Treasurer
373 S High St
Columbus, OH  432150000

Deutsche Bank National Trust Company,
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach, FL  334164605

Deutsche Bank National Trust Company
10801 East 6th Street
Rancho Cucamonga, CA  917300000

Daniel G. Padden, Esq.
P.O. Box 640
Cambridge, OH  437250000

Columbia Gas of Ohio, Inc. *
200 Civic Center Drive 11th floor
Columbus, OH  432150000

City of Columbus Water & Sewer
90 West Broad Street
Columbus, OH  432150000

City of Columbus
Department of Public Utilities
910 Dublin Rd.
Columbus, OH  432150000

Carlisle McNellie Rini Kramer & Ulrich
Attn: Richard J. Feuerman
24755 Chagrin Blvd Ste 200
Cleveland, OH  441225690

Capital One Bank
140 East Shore Drive
Glen Allen, VA  230590000

CR Evergreen III, LLC
3434 25th Ave W. Suite 302
Seattle, WA  981990000

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

American Electric Power *
PO Box 2021
Roanoke, VA  240222121

Ohio Department of Taxation
OhioDepartmentofTaxation
, 000000000

Deutsche Bank National Trust Company
DeutscheBankNationalTrustCompany
, 000000000